NTN BEARING CORPORATION OF AMERICA and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

SKF USA Inc. and SKF GmbH, Plaintiffs–Appellants,

and

FAG Kugelfischer Georg Schafer AG and Fag Bearings Corporation, Plaintiffs–Appellees,

and

INA Walzlager Schaffler OHG and INA Bearings Company, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.

NTN Bearing Corporation Of America and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

SKF USA INC. and SKF GmbH, Plaintiffs–Appellees,

and

FAG Kugelfischer Georg Schafer AG and Fag Bearings Corporation, Plaintiffs–Appellees,

and

INA Walzlager Schaffler OHG and INA Bearings Company, Inc., Plaintiffs–Appellees,

v.

United States, Defendant–Appellant,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellant.

Nos. 02–1103, 02–1123, 02–1180, 02–1181.

United States Court of Appeals, Federal Circuit.

May 4, 2004.

Max F. Schutzman, Principal Attorney, Grunfeld, Desiderio, New York, NY, for Plaintiffs–Appellants, Plaintiffs and Plaintiffs–Appellees.

Matthew J. Clark, Principal Attorney, Arent Fox, Washington, DC, for Plaintiffs–Appellants and Plaintiffs.

Terence P. Stewart, Principal Attorney, Stewart and Stewart, Washington, DC, Defendant–Cross Appellant, Defendant–Appellee and Defendant–Appellant.

Andrew B. Schroth, Mark E. Pardo, Adam M. Dambrov, of Counsel, Grunfeld, Desiderio, New York, NY, Stephen L. Gibson, Principal Attorney, Sonnenschein

Nath, Jeffrey S. Grimson, of Counsel, Grunfeld, Desiderio, Herbert C. Shelley, Principal Attorney, Alice A. Kipel, of Counsel, Steptoe & Johnson, Washington, DC, for Plaintiffs–Appellants and Plaintiffs–Appellees.

Nancy Aileen Noonan, of Counsel, Arent Fox, Washington, DC, for Plaintiffs–Appellants.

Michael D. Panzera, Principal Attorney, Lucius B. Lau, Michael N. Cohen, Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, of Counsel, Stewart and Stewart, Washington, DC, Defendant–Cross Appellant and Defendants–Appellants.

Donald J. Unger, Principal Attorney, Barnes, Richardson, Chicago, IL, for Plaintiffs.

Velta A. Melnbrencis, Principal Attorney, Washington, DC, for Defendant–Appellee.

### ORDER

Upon consideration of INA Walzlager Schaeffler OHG et al.'s unopposed motion to voluntarily dismiss appeal 02–1103, SKF USA Inc. et al.'s unopposed motion to voluntarily dismiss appeal 02–1123, and the United States' and The Torrington Company's responses to this court's February 17, 2004 order,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted and the motions to dismiss 02–1103, –1123 are granted. All sides shall bear their own costs in 02–1103, –1123.

(2) The revised official captions are reflected above.

(3) The United States' opening brief and The Torrington Company's opening brief in 02–1180, –1181 are due within 60 days of the date of filing of this order.

(4) Any response briefs in 02–1180, – 1181 are due within 40 days of the latter date of service of the appellants' opening briefs.

(5) The appellant's reply briefs in 02– 1180, –1181 are due within 25 days of latter date of service of any response briefs.